UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID JORDAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-00496 |
| JOE B. BEASLEY & ASSOCIATE, L.P., | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, David Jordan's Motion to Supplement Response to Defendant's Motion for Summary Judgment and Motion to Dismiss or in the Alternative Motion for Leave to Amend the Complaint (Doc. No. 41) is **DENIED**. Joe B. Beasley & Associates' Motion to Dismiss (Doc. No. 24) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE