IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

DAVID JORDAN,

    Plaintiff,

v.                                                     Case No. 3:23-CV-00496

JOE B BEASLEY & ASSOCIATES LP,

    Defendant.

---

## PLAINTIFF'S NOTICE OF APPEAL

---

    Plaintiff David Jordan appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this cause on January 12, 2024, as evidenced by the Memorandum Opinion of the Court, and the Order Dismissing Case (ECF Doc. 46-47).

    Dated this 6th day of February, 2024.

RESPECTFULLY SUBMITTED;

*/s/ Rebecca J. Hutto*
REBECCA J. HUTTO #39252
Attorney for Plaintiff
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
rebecca@wcwslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2024, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

*/s/ Rebecca J. Hutto*

## SERVICE LIST

Wm Kennerly Burger
Burger Law Firm
12 Public Square North
Murfreesboro, TN 37130
(615) 893-8933
(615) 893-5333 facsimile
kenburger@comcast.net