UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DAVID JORDAN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00496 |
| JOE B. BEASLEY & ASSOCIATES, LP, | ) |
| Defendant. | ) |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 70) recommending that the Court deny Defendant's motion for attorneys' fees (Doc. No. 60). Defendant has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (Doc. No. 70 at 12). Therefore, Defendant has waived further review of the Magistrate Judge's findings and conclusions.

Nonetheless, the Court has reviewed the R&R and agrees with the Magistrate Judge's analysis. Accordingly, the R&R (Doc. No. 70) is **ADOPTED**. Defendant's motion for attorneys' fees (Doc. No. 60) is **DENIED**.

Although Defendant has waived the right to seek further appellate review, if it wishes to file a notice of appeal, it must do so within thirty (30) days of this order being filed. Fed. R. App. P. 4(a)(1)(A).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE